**Ina SAMPSON, Plaintiff—Appellant,**

**v.**

**CITY OF CAMBRIDGE, MARYLAND, Defendant—Appellee.**

No. 08–1691.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2009.

Decided: April 16, 2009.

R. Scott Oswald, Adam Augustine Carter, Gregory Sharma–Holt, The Employment Law Group, PC, Washington, D.C., for Appellant. Kevin Karpinski, Victoria M. Shearer, Karpinski, Colaresi & Karp, PA, Baltimore, Maryland, for Appellee.

Before WILKINSON, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ina Sampson appeals the district court's order granting defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sampson v. City of Cambridge*, No. 1:06–cv–01819–WDQ (D. Md. June 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*